IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONAVAN E. NEHLS                                                              PETITIONER
ADC #119674

V.                                        NO. 5:08cv00099 JWC

LARRY NORRIS, Director,                                                       RESPONDENT
Arkansas Department of Correction

JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 2) and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 15th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE